HON. BENJAMIN H. SETTLE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| LONNIE ENGEL,<br><br>    *Plaintiff,*<br>  vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; HOMECOMINGS FINANCIAL LLC (F/K/A Homecomings Financial Network, Inc.), a Delaware Corporation licensed to conduct business in Washington State; GMAC MORTGAGE, LLC, a Delaware Corporation licensed to conduct business in Washington State; GMAC MORTGAGE GROUP, LLC (d/b/a GMAC Mortgage Group of Delaware, LLC), a Delaware Corporation licensed to conduct business in Washington State; NATIONSTAR MORTGAGE, LLC (d/b/a Champion Mortgage Company), a Delaware Corporation licensed to conduct business in Washington State; KBC MORTGAGE, a Washington Corporation; and GOLDEN HERITAGE FINANCIAL SERVICES CORPORATION, a Washington Corporation.<br>    *Defendants.* | Case No.: C09 5140 BHS<br><br>ORDER RESETTING TRIAL DATE |

ORDER RESETTING TRIAL DATE
Page 1 of 2

WENGER & ASSOCIATES, P.S.
107 N. Tower, #11
Centralia, WA 98531
Phone: 360-623-1060
Fax: 360-623-1059

This matter came before the court on January 22, 2010, on Plaintiff, LONNIE ENGEL'S motion to Strike the Trial Date and Reset it, and none of the Defendants having responded, the court took up the matter, without oral argument. The Court considered the pleadings filed on this action and the declaration of counsel.

**FINDING**

Based on the documents submitted and the supplemental declaration of counsel, the Court finds:

There exists good reason for striking the current trial date of June 8, 2010 and resetting. For the reasons set forth above, the Plaintiff's motion is hereby granted.

IT IS SO ORDERED this matter be stricken from the trial calendar of the court currently set for June 8, 2010 and reset for October, 19, 2010 at 9:00 a.m. A Pretrial Conference is set for October 4, 2010 at 1:30 p.m. The courtroom deputy will issue a new scheduling order.

Dated this 8th day of February, 2010.

_____
BENJAMIN H. SETTLE
US District Court Judge

Presented by:

_____
MARLENE K. WENGER, WSBA 35478

ORDER RESETTING TRIAL DATE
Page 2 of 2

WENGER & ASSOCIATES, P.S.
107 N. Tower, #11
Centralia, WA 98531
Phone: 360-623-1060
Fax: 360-623-1059